# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER<br><br>Plaintiffs<br><br>v.<br><br>SCHIFF BQMM LLC, THE; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 2:17-cv-05849-PA-JEM<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SCHIFF BQMM LLC, THE<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant SCHIFF BQMM LLC, THE be dismissed without prejudice from Plaintiffs' Complaint, Case Number 2:17-cv-05849-PA-JEM. Having dismissed the only named defendant, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 11, 2017

Honorable Judge Percy Anderson